**Motions Granted; Appeals Dismissed and Memorandum Opinion filed November 20, 2018**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00869-CR
## NO. 14-18-00870-CR

---

### THE STATE OF TEXAS, Appellant

### V.

### SHAUN PHILIP HARDY, Appellee

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause Nos. 17CR0003 and 17CR0004**

---

## M E M O R A N D U M     O P I N I O N

The State of Texas filed a notice of appeal from the trial court's October 5, 2018 order in each of the underlying cases granting the defendant's motion to suppress. On November 12, 2018, the State filed a motion to withdraw its notices of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant the State's request. Accordingly, the appeals are dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Donovan

Do Not Publish – Tex. R. App. P. 47.2(b)